# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00036-MR-DLH

| | |
|---|---|
| HELEN MARSHALL, Individually and as Special Administrator of the Estate of CARROLL MARSHALL, Deceased, ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | **O R D E R** |
| 3M COMPANY, f/k/a Minnesota Mining & Manufacturing Co., et al., ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Order of Transfer received from the Eastern District of Pennsylvania [Doc. 252].

In light of the Order of Transfer, the Court will require the parties to conduct an attorneys' conference and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the parties and issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Additionally, the parties shall propose a schedule for the filing of motions *in limine* and an estimate of how long this

case will take to try. Upon receipt of the parties' report, the Court will enter a Pretrial Order and Case Management Plan setting this matter for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **March 17, 2014** and that the parties shall file a status report with the Court no later than **March 24, 2014.**

**IT IS SO ORDERED.** Signed: February 24, 2014

Martin Reidinger
United States District Judge