IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-036

| | |
|---|---|
| **HELEN MARSHALL, Individually and as Special Administrator of the Estate of CARROLL MARSHALL, Deceased,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) |
| **3M COMPANY, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on Janet Ward Black's, Application for Admission to Practice *Pro Hac Vice* of Sharon J. Zinns. It appearing that Sharon J. Zinns is a member in good standing with the Georgia State Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* (#257) of Sharon J. Zinns is **GRANTED**, and

that Sharon J. Zinns is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: February 25, 2014

Dennis L. Howell
United States Magistrate Judge