THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00036-MR-DLH

| | |
|---|---|
| HELEN MARSHALL, Individually and as Special Administrator of the Estate of CARROLL MARSHALL, Deceased,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>3M COMPANY, f/k/a Minnesota Mining & Manufacturing Co., et al.,<br><br>　　　　　Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant A.W. Chesterton Company [Doc. 262].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 262] is **GRANTED**, and all claims of the Plaintiffs against Defendant A.W. Chesterton are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.　　Signed: March 27, 2014

Martin Reidinger
United States District Judge